UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 09-CR-2009-WFN |
| Plaintiff, | ) ) | ORDER FOLLOWING: |
| v. | ) ) ) | ☐ INITIAL APPEARANCE ☐ ARRAIGNMENT |
| FRANK SOLIZ, | ) ) | ☐ PRETRIAL RELEASE REVOCATION HEARING |
| Defendant. | ) ) ) ) | **X**  MOTION GRANTED **(Ct. Rec. 18 and 19)** |
| | ) ) ) | ☐ MOTION DENIED **(Ct. Rec. \_\_\_\_\_)** |
| | ) | ☐ ACTION REQUIRED |

Date of hearing: February 24, 2009

☐   Complaint

☐   Indictment  ☐ Superseding Indictment

☐   _____ Superseding Indictment

    Petition for action: Pretrial

☐   Petition for action: Post-trial or post-guilty plea, pre-sentencing

x   Petition for action: Post-conviction

Defendant was advised of, and acknowledged, Defendant's rights.

☐   Defendant, on Defendant's plea(s) of not-guilty, is bound over to the United States District Court for trial.

☐   Probable cause hearing is set for _____, at _____.

ORDER - 1

| | | |
|---|---|---|
| 1 | ☐ | Defendant, personally and through counsel, waived Defendant's right to a probable cause hearing. |
| 2 | ☐ | Bail hearing is set for _____, at _____. |
| 3 | ☐ | Defendant, personally and through counsel, waived his right to a bail hearing. |
| 4 | ☐ | Pretrial release revocation hearing is set for _____. |
| 5 | X | A supervised release revocation hearing is set before Judge Wm. Fremming Nielsen, in Yakima, Washington, on March 2, 2009, at 11 a.m. |
| 6 | ☐ | A supervised release revocation hearing will be set at a later date. |
| 7 | ☐ | The Petition will be addressed at the time of disposition in Cause No. CR-_____. |
| 8 | ☐ | The United States represents this matter appropriately may proceed in an expedited manner. Accordingly, within thirty (30) days of the date of this Order, the United States Probation Office is directed to prepare an expedited presentence investigation report. Any information about Defendant, including family and community ties, which defense counsel, after consultation with Defendant, deems important to be included in the presentence investigation report, shall be provided to the U.S. Probation Office within fourteen (14) days of this Order. |
| 9 | ☐ | Within one week of the date of this Order, Defendant is directed to file a waiver of the FED. R. CRIM. P. 32(e)(f)(g) provisions as to the presentence investigation report. |
| 10 | ☐ | The U.S. Probation Office personnel shall prepare a Pretrial Services Report prior to the bail hearing, and shall notify defense counsel prior to interviewing Defendant. |
| 11 | ☐ | The U.S. Probation Office personnel shall prepare a Pretrial Services Report, limited to criminal history, and without interviewing Defendant. |
| 12 | ☐ | Directive(s) to U.S. Marshal: _____ _____ _____ |
| 13 | ☐ | Defendant is released on the previously ordered conditions of release. |

ORDER - 2

☐ Defendant is detained for failing to show:

    ☐ Defendant will not flee if released
    ☐ Defendant does not pose a danger to the community
    ☐ Defendant is supervisable if released

FED. R. CRIM. P. 32.1(a)(1); Fed. R. Crim. P. 46(c).

X   Defendant's previously ordered conditions of release are modified as follows:

1. Defendant shall comply with the state court bond.
2. Defendant shall report immediately to U.S. Probation upon release.
3. Defendant shall appear at all state and federal court proceedings as required.
4. Defendant shall not commit any offense in violation federal, state or local law.
5. If Defendant has any contact with law enforcement, defendant shall report the contact to U.S. Probation within 24 hours.
6. Defendant shall refrain from the use of and/or possession of any alcohol, narcotic drug or other controlled substances.
7. Defendant shall not have any alcohol, narcotic drug or other controlled substances in his residence or be in contact with anyone using it.
8. Defendant shall maintain contact with his attorney as directed or at least once per week by telephone.
9. Defendant shall maintain contact with U.S. Probation as directed.
10. Defendant shall be ordered to monitoring by electronic home monitoring.
11. Defendant shall be on home detention, with the exception of Court related matters and/or treatment.
12. Unless recommended as treatment, the defendant shall be ordered to submit to random urinalysis testing, up to six times per month by U.S. Probation.
13. Defendant shall follow treatment as recommended.
1. Defendant executed an AO 199C and provided it to the Court._____
_____

All other conditions remain.

DATED this 24th day of February, 2009.

                S/ Cynthia Imbrogno
          _____
                CYNTHIA IMBROGNO
        UNITED STATES MAGISTRATE JUDGE

ORDER - 3

ORDER - 4