PROB 12B
(7/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 18 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Frank Soliz               Case Number: 0980 2:09CR02009-001

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: November 4, 2005     Type of Supervision: Supervised Release

Original Offense: Conspiracy to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846     Date Supervision Commenced: September 11, 2014

Original Sentence: Prison - 60 M; TSR - 60 M    Date Supervision Expires: September 10, 2018

## PETITIONING THE COURT

To strike special condition number 15, and modify the conditions of supervision as follows:

22    You shall participate in the home confinement program for 90 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising officer.

## CAUSE

On October 29, 2010, Mr. Soliz appeared in Court for a revocation hearing, at which time the Court revoked his term of supervision and imposed a 12-month prison sentence, with 48 months of supervised release to follow. Additionally, the Court ordered the defendant reside at a residential reentry center for a period of up to 180 days upon his release from custody in order to provide him with an opportunity to secure housing and employment. On September 11, 2014, Mr. Soliz commenced his new term of supervision in the Eastern District of Washington. He is currently residing with his mother in Sunnyside and is job searching.

Based on the above information, the undersigned officer recommends the defendant's conditions of supervision be modified as noted above, and that special condition number 15 be stricken. Enclosed is a waiver signed by the defendant agreeing to the proposed modification should Your Honor concur.

Respectfully submitted,

by    s/Jose Vargas

Jose Vargas
U.S. Probation Officer
Date:  September 18, 2014

Prob 12B
**Re: Soliz, Frank
September 18, 2014
Page 2**

THE COURT ORDERS

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Other

_____
Signature of Judicial Officer

Sept 18th, 2014
Date