PROB 12B
(7/93)

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 27 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Frank Soliz                     Case Number: 0980 2:09CR02009-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: November 4, 2005      Type of Supervision: Supervised Release

Original Offense: Conspiracy to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846

Date Supervision Commenced: September 11, 2014

Original Sentence: Prison - 60 M; TSR - 60 M     Date Supervision Expires: September 10, 2018

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

23   You shall complete 16 hours of community service work, at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed in full no later than December 23, 2014.

### CAUSE

On October 17, 2014, Mr. Soliz reported to the U.S. Probation Office and admitted to using methamphetamine on October 10, 2014. The defendant stated he made a poor choice, but said he only used that one time and has not used since. As a result of the aforementioned, the defendant commenced an intensive outpatient treatment program (IOP) at Merit Resource Services on October 22, 2014. Following completion of IOP treatment, he will be required to follow through with an aftercare program.

Based on the above information, and as a correction action, the undersigned officer recommends Mr. Soliz' conditions of supervision be modified, as noted above. Enclosed is a waiver signed by the defendant agreeing to the proposed modification should Your Honor concur.

                                              Respectfully submitted,

                                    by        s/Jose Vargas
                                              _____
                                              Jose Vargas
                                              U.S. Probation Officer
                                              Date: October 24, 2014

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

10/27/14
Date