PROB 12C
(7/93)

Report Date: September 17, 2015

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

9/18/15

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Frank Soliz                    Case Number: 0980 2:09CR02009-WFN-1

Address of Offender:                    Sunnyside, Washington 98944

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: November 4, 2005

Original Offense:    Conspiracy to Distribute Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(A) and 846

Original Sentence:   Prison 60 months; TSR - 60 months          Type of Supervision: Supervised Release

Asst. U.S. Attorney:   Benjamin David Seal        Date Supervision Commenced: August 31, 2015

Defense Attorney:      Rick Lee Hoffman           Date Supervision Expires: February 28, 2019

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #14**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of your supervising officer. You shall abide by the rules and requirements of the facility. |
|   | **Supporting Evidence**: Mr. Soliz absconded from the Spokane RRC on September 14, 2015. |

Prob12C
**Re: Soliz, Frank**
**September 17, 2015**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/17/2015

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

9/18/15
Date