PROB 12C
(7/93)

Report Date: January 13, 2016

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 14, 2016

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: Frank Soliz | Case Number: 0980 2:09CR02009-SAB-1 |
| Address of Offender: | Sunnyside, Washington 98944 |

Name of Sentencing Judicial Officer: The Honorable Stanley A Bastian, U.S. District Judge

Date of Original Sentence: November 4, 2005

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(A) and 846 | |
| Original Sentence: | Prison: 60 months<br>TSR: 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: August 31, 2015 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: February 28, 2019 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/17/2015.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On December 18, 2016, Frank Soliz was arrested for possession of a controlled substance with intent to deliver, Spokane Regional Safe Streets Task Force case number 15-444799.<br><br>Preliminary information received from the Spokane Regional Safe Streets Task Force indicates the defendant possessed large quantities of methamphetamine, heroin, and over $30,000 in cash.  The investigation is ongoing and federal charges may be forthcoming. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/13/2016

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
**Re: Soliz, Frank**
**January 13, 2016**
**Page 2**

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_Stanley A. Bastian_
Signature of Judicial Officer

1/14/2016
Date